### 361 PHILLIPS vs. CIRCUIT JUDGE (Wayne), No. 16202½.

To enter an order requiring a receiver to turn over to relator, out of moneys in his hands, $246.60, to satisfy a judgment recovered by relator against one Richardson.

Order to show cause denied April 13, 1897.

Relator attached a stock of goods belonging to Richardson. Two days afterwards certain clerks and employes of R. filed a bill under 3 How. Stat., Sec. 8749o, alleging that they had preferred labor claims against R., an insolvent. An injunction was issued restraining relator from proceeding under his attachment.

A receiver was subsequently appointed, who took charge of the stock and sold it.

### 362 CHILDS ET AL. vs. CIRCUIT JUDGE (Saginaw), No. 12864.

To compel respondent to enter an order requiring a receiver to pay over to relators the amount realized upon receiver's sale of certain merchandise, upon which relators held a chattel mortgage, which was adjudged valid by the Supreme Court in Weber et al. vs. Childs et al., 90 M., 498.

Order to show cause granted June 7, 1892.